■ RAYMOND C. MCNEANY et al., Appellants, v CATAMOUNT DEVELOPMENT CORPORATION, Doing Business as CATAMOUNT SKI AREA, Respondent. [680 NYS2d 792] —Appeal from an order of the Supreme Court (Cobb, J.), entered September 30, 1997 in Greene County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice George L. Cobb.

Cardona, P. J., White, Spain, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.